IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS TELECOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1555 (RGA) |
| | ) | |
| RITE AID CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RITE AID CORPORATION'S MOTION TO STAY
PENDING REEXAMINATION OF THE PATENTS-IN-SUIT**

Defendant Rite Aid Corporation ("Rite Aid") moves to stay this case pending the

*ex parte* reexamination of U.S. Patent No. 6,311,231 (Control No. 90/012,617) and the *inter*

*partes* reexamination of U.S. Patent No. 6,668,286 (Control No. 95/002,317).  Rite Aid joins in

and incorporates the arguments set forth in the briefs filed by defendants HSN, Inc. (C.A.

No. 12-1546, D.I. 10) and Bosch Security Systems Inc. (C.A. No. 12-1650, D.I. 10).[1]

Plaintiff Pragmatus Telecom, LLC has alleged that Rite Aid, HSN, Inc. and Bosch

Security Systems each "infringe directly one or more claims of" U.S. Patent Nos. 6,311,231

and 6,668,286.  *See* D.I. 9, ¶¶ 10, 13; C.A. No. 12-1546, D.I. 1 ¶¶ 10, 13; C.A. No. 12-1650,

D.I. 11 ¶¶ 10, 13.

---

[1]     A motion to stay tolls the time for Rite Aid to respond to the Amended Complaint.  *See,
e.g., Intravascular Research Ltd. v. Endosonics Corp.*, 994 F. Supp. 564, 567 n.3 (D. Del.
1998) ("Historically, motions to stay have been recognized as tolling the time period for
answering a complaint because pre-answer consideration of these motions have been
found to maximize the effective utilization of judicial resources."); *see also* 5C Wright &
Miller, FEDERAL PRACTICE AND PROCEDURE § 1360, 86 (3d ed. 2004).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
mflynn@mnat.com

*Attorneys for Defendant Rite Aid Corporation*

February 20, 2013
6997396.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 20, 2013, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                    *VIA ELECTRONIC MAIL*
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*

Margaret Elizabeth Day, Esquire                             *VIA ELECTRONIC MAIL*
Ian N. Feinberg, Esquire
David L. Alberti, Esquire
Clayton Thompson, Esquire
Marc C. Belloli, Esquire
Sal Lim, Esquire
Yakov Zolotorev, Esquire
FEINBERG DAY ALBERTI & THOMPSON LLP
401 Florence Street, Suite 200
Palo Alto, CA  94301
*Attorneys for Plaintiff*

*/s/ Michael J. Flynn*

_____
Michael J. Flynn (#5333)